**The Law Offices of Jeffrey Lohman, P.C.**
IBRAHIM MUHTASEB, State bar No.: 299472
4740 Green River Road, Suite 219
Corona, CA 92880
(657) 363-3331-Telephone
(714) 362-0097 - fax
E-Mail: IbrahimM@jlohman.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE MICHAEL MACDONALD, | **Case No.:** 3:17-cv-02093-RS |
| Plaintiff, | |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL** |
| GC SERVICES, LP, | |
| Defendant. | |

PLEASE TAKE NOTICE that Plaintiff LANCE MICHAEL MACDONALD hereby voluntarily dismisses with prejudice the above entitled action against Defendant GC SERVICES, LP. The parties, through their attorneys, have settled this action pursuant to a General Release and Settlement Agreement.

RESPECTFULLY SUBMITTED,

DATED:  June 5, 2017

**THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**

/s/ *Ibrahim Muhtaseb*___
Ibrahim Muhtaseb
Attorney for Plaintiff